KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

FILED
JUN 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARL WARREN REDMON,<br><br>Defendant. | Criminal No. CR 05-00367 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on June 16, 2005 for arraignment on the information. The defendant was represented by James Pokorny and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 29, 2005 for initial appearance before the Hon. Susan Illston, United States District Court Judge.

The Court made a finding on the record that the time from and including June 16 through July 29, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00367 SI**

1  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
2  interest of the public and the defendant in a speedy trial. That finding was based on the need for
3  the defendant to have reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
5  § 3161(h)(8)(B)(iv).
6      The parties hereby agree to and request that the case be continued until July 29, 2005
7  and that the exclusion of time until then be granted. The parties agree and stipulate that the
8  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
9  because the ends of justice served by this continuance outweigh the best interest of the public and
10 the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
11 prepare, taking into account the exercise of due diligence, and will provide for continuity of
12 counsel for the defendant.

15 DATED: 06/17/05

*[signature]*
JAMES POKORNY
Counsel for Karl Warren Redmon

18 DATED: 6/17/05

*[signature]*
JEFFREY FINIGAN
Assistant U.S. Attorney

20 So ordered.
21 DATED: 6/21/05

*[signature]*
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

28 **STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00367 SI**                                    2

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 29, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:

JAMES POKORNY
Counsel for Karl Warren Redmon

DATED: 6/17/05

JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.
DATED:

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00367 SI                                        2